```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 05790
    LENORA L ROBINSON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8804


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/17/2004 and was confirmed 08/16/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  12.56% from remaining funds.

     The case was paid in full 10/30/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00             .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    15110.96             .00       15110.96
WASHINGTON MUTUAL HOME L  NOTICE ONLY      NOT FILED            .00            .00
BIEHL & BIEHL             UNSECURED        NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED         3350.32             .00         420.77
COMMONWEALTH EDISON       UNSECURED        NOT FILED            .00            .00
HOMEWOOD DISPOSAL SERVIC  UNSECURED        NOT FILED            .00            .00
NICOR GAS                 UNSECURED OTH      518.44             .00          65.16
PELLETTIERI & ASSOC       UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED            .00            .00
PEOPLES ENERGY            NOTICE ONLY      NOT FILED            .00            .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED            .00            .00
VICTOR & VICTOR           UNSECURED        NOT FILED            .00            .00
VILLAGE OF GLENWOOD       UNSECURED        NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED        11060.73             .00        1389.12
RESURGENT CAPITAL SERVIC  UNSECURED             .00             .00            .00
MARLIN E KIRBY            REIMBURSEMENT       25.00             .00          25.00
MARLIN E KIRBY            DEBTOR ATTY      2,200.00                       2,200.00
TOM VAUGHN                TRUSTEE                                         1,188.99
DEBTOR REFUND             REFUND                                            160.00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             20,560.00

PRIORITY                                       25.00
SECURED                                    15,110.96
UNSECURED                                   1,875.05
ADMINISTRATIVE                              2,200.00
TRUSTEE COMPENSATION                        1,188.99

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 05790 LENORA L ROBINSON
```

```
DEBTOR REFUND                                                  160.00
                                      ---------------    ---------------
TOTALS                                     20,560.00          20,560.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 01/27/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE